IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:11cr69-MHT
                            )            (WO)
ALCHICO DEWAYNE GRANT       )
```

ORDER

It is ORDERED that defendant Alchico Dewayne Grant's "Holloway Doctrine Motion/Motion for Departure of Sentence to Concurrent Terms of Imprisonment" (Doc. 234) is denied. As the government does not consent to a sentence reduction in this case, the court cannot reduce the defendant's sentence as the court did in the unique circumstances of *United States v. Holloway*, 68 F. Supp. 3d 310 (E.D.N.Y. 2014) (Gleeson, J.).

DONE, this the 8th day of March, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE